**William F. CARADINE/ASSABUR, II, Appellant,**

v.

**John DOE, Manager, Sonic Drive-In, Inc., Appellee.**

No. 11–1688.

United States Court of Appeals, Eighth Circuit.

Submitted: June 23, 2011.

Filed: June 29, 2011.

William F. Caradine/Assabur, II, Arkansas Department of Correction, Grady, AR, pro se.

Before MELLOY, GRUENDER, and BENTON, Circuit Judges.

PER CURIAM.

Arkansas inmate William F. Caradine/Assabur, II (Caradine) appeals from the district court's [1] dismissal without prejudice of his 42 U.S.C. § 1983 complaint. Caradine has also filed in this court various motions requesting, among other things, additional relief and disclosure of his medical records. Upon careful review, we conclude that the district court's dismissal without prejudice was not an abuse of discretion. *See Nw. Bank & Trust Co. v. First Ill. Nat'l Bank,* 354 F.3d 721, 725 (8th Cir.2003) (district court's application of its local rules reviewed for abuse of discretion); *Settlemire v. Watson,* 877 F.2d 13, 14 (8th Cir.1989) (per curiam) (affirming dismissal of pro se complaint where plaintiff failed to comply with court order to amend complaint within thirty days, and district court dismissed complaint without prejudice under local rule allowing dismissal where litigant fails to respond to communication of court within thirty days); *cf. Boyle v. Am. Auto Serv., Inc.,* 571 F.3d 734, 741–42 (8th Cir.2009) (Fed.R.Civ.P. 41(b) dismissal for failure to prosecute reviewed for abuse of discretion).

Accordingly, the judgment is affirmed. *See* 8th Cir. R. 47B. In addition, all of Caradine's pending motions are denied as moot.

1. The Honorable Susan Webber Wright, United States District Judge for the Eastern District of Arkansas.